IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.                                                          CASE NO.: 4:08cr29-SPM

CHARLES GLENN COOK,

            Defendant.
_____/

## ORDER CONTINUING SENTENCING

Upon consideration, Defendant's Unopposed Motion to Continue

Sentencing (doc. 374) is granted.  Defendant's sentencing hearing his reset for

1:30 p.m. on July 20, 2009, at the United States Courthouse in Tallahassee,

Florida.

SO ORDERED this 9th day of April, 2009.


_s/ Stephan P. Mickle_____
Stephan P. Mickle
United States District Judge